(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Edward Hibbard

**Plaintiff(s)**                                          **Case No.**

**vs.**

The Kroger Company

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?                    Yes_____        No __X__
   A. If you answered "Yes":
      (1) What is the name and address of your employer        N/A
      _____
      _____
      (2) How much do you earn per month?
      _____

   B. If you answered "No"
      (1) Have you ever been employed?        Yes __X__        No _____
      If yes, what was the last year and month you were
      employed?  March.17,2013.
      How much did you earn a month?        1,300,

II. What is your marital status?
    Single __X__        Married _____        Widowed _____        Divorced _____
    A. If you answered "Married":
       (1) Is your spouse employed?  Yes_____        No __X__
           If yes, how much does your spouse earn each month?  N/A
           $_____

III. Do you have any dependents?        Yes_____        No __X__
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|-------------|--------|
| N/A  | N/A         | N/A    |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?        Yes __X__        No _____
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| S.S.D.I. | $ 1,150 | S.S.D.I. | $ |
|        | $      |        | $ |
|        | $      |        | $ |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
Yes X     No____

A. If you answered "Yes", state the combined total amount:
$ 4,950

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
Yes____     No X
A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|----------|-------|----------|-------|
| N/A | $ | N/A | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|----------|-------------|----------|-------------|
| Spectrum Utilities | $ 37.00 | Allstate renters | $ 123.00 |
| Duke Energy | $ 82.00 | Allstate Auto | $ 255.00 |
| Time Warner Cable | $ 102.00 | Beechmont | $ |
| Town Properties | $ 650.00 | Racket Club | $ 44.00 |

VIII. State your address and telephone number where the Court can reach you.
Bld 914. Meadowland Dr. Apt 105.
Cincinnati. Ohio. 45255. U.S.A.
home - 513-474-0557
Cell - 513-348-0772

I declare under penalty of perjury that the above information is true and correct.

April. 4. 2014.
**Date**

Edward. Hibbard.
**Signature of Applicant**

-3-